AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 JUN 20 P 3:32
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ID.me, Inc. <br> *Plaintiff(s)* <br> v. <br> Matthew Thompson, <br> Michael Farnsworth, <br> John Lowry, <br> HealthIDX, Inc. <br> *Defendant(s)* | Civil Action No. 1:16cv695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Thompson
8405 Greensboro Drive, Suite 930
McLean, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Guthery, Milton C. Johns, and Jill F. Helwig
FH+H, PLLC
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 JUN 20 P 3:32
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ID.me, Inc. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16cv695 |
| Matthew Thompson, Michael Farnsworth, John Lowry, HealthIDX, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Farnsworth
7822 Silktree Place
Mechanicsville, VA 23111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Guthery, Milton C. Johns, and Jill F. Helwig
FH+H, PLLC
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
COPY

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

*for SPS*

*2016 JUN 20 P 3: 32*

*CLERK US DISTRICT COURT*
*ALEXANDRIA, VIRGINIA*

|  |  |
|---|---|
| ID.me, Inc. <br> *Plaintiff(s)* <br> v. <br> Matthew Thompson, <br> Michael Farnsworth, <br> John Lowry, <br> HealthIDX, Inc. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:16cv695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Lowry
100 Keyes Road, Apt. 214
Concord, MA 01742

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Guthery, Milton C. Johns, and Jill F. Helwig
FH+H, PLLC
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 JUN 20 P 3: 32
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ID.me, Inc. | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16cv695 |
| Matthew Thompson,<br>Michael Farnsworth,<br>John Lowry,<br>HealthIDx, Inc. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HealthIDx, Inc.
211 North Union Street, Suite 100
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Guthery, Milton C. Johns, and Jill F. Helwig
FH+H, PLLC
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

COPY

_____
*Signature of Clerk or Deputy Clerk*